JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-18-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUL 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>STU SHERMAN, Warden (A),<br><br>　　　　　Respondent. | Case No. CV 14-3665-PSG (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 17, 2014

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE